**1082 HANSELMANN vs. QUARTERMASTER GENERAL, 14 M., 23.**

To compel the payment of a bounty under Act of March 6, 1863.

Denied November 11, 1865.

Held, that a member of the Michigan Provost Guard is not entitled to the State bounty under the published order.

**1083 NICHOLS vs. QUARTERMASTER GENERAL, 19 M., 383.**

To compel payment of a State bounty to the relator.

Granted October 28, 1869.

**1084 BLAIR vs. QUARTERMASTER GENERAL, 12 M., 191.**

To compel the payment of a bounty offered to volunteers, under the Laws of 1863, p 60.

Granted December 5, 1863.

Held, that a man drafted into the United States service for nine months, but allowed to volunteer and be mustered in for three years, is entitled to the State bounty offered to volunteers.

**1085 LOMANE vs. QUARTERMASTER GENERAL, 13 M., 247.**

To compel respondent to pay to relator the State bounty, under the 8th section of the Act authorizing the payment to volunteers in the service of the United States, approved February 5, 1864.

Denied May 3, 1865.

Held, that the Act was designed to distinguish between volunteers under the call of 1863 and those enlisted under the call of 1864, and to provide bounty for the latter only.